AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## EASTERN    DISTRICT OF    TEXAS

United States
V.
Cebe Issac Guilbeaux

**WITNESS LIST**

Case Number:  1:23-CR-39

| PRESIDING JUDGE Michael J. Truncale | | PLAINTIFF'S ATTORNEY Jonathan Lee | | DEFENDANT'S ATTORNEY Bryan Laine | |
|---|---|---|---|---|---|
| TRIAL DATE (S) December 7, 2023 | | COURT REPORTER April Hargett | | COURTROOM DEPUTY Kimberly Race | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 12/07/2023 | 2:55 PM | 3:33 PM | Detective Lawson Dry – Jasper Police Department (Formerly with Orange County Sheriff's Office) |
| | | | | | Detective Scott Jacks – Jasper Police Department (Formerly with Orange County Sheriff's Office) |
| 1 | | 12/07/2023 | 2:26 PM | 2:54 PM | Detective Jesse Byrd – Orange County Sheriff's Office |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |